[No. 9249–2–II.   Division Two.   June 10, 1987.]

RICHARD GRIMWOOD, *Appellant,* v. THE UNIVERSITY OF
PUGET SOUND, INC., *Respondent.*[†]

Appeal from a judgment of the Superior Court for Pierce
County, No. 84-2–04163–9, Waldo F. Stone, J., entered
September 13, 1985. *Affirmed* by unpublished opinion per
Kruse, J. Pro Tem., concurred in by Kolbaba and Utter, JJ.
Pro Tem.

[No. 9399–5–II.   Division Two.   June 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ANTHONY PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85-1–00533–5, Waldo F. Stone, J., entered
November 15, 1985. *Affirmed* by unpublished opinion per
Goodloe, J. Pro Tem., concurred in by Ladley and Mitchell,
JJ. Pro Tem.

[No. 9033–3–II.   Division Two.   June 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ROBERT BRUCE HEMPSTEAD, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 85-1–00081–4, Robert L. Charette, J.,
entered July 15, 1985. *Affirmed* by unpublished opinion per
Arnold, J. Pro Tem., concurred in by Conoley and Dolliver,
JJ. Pro Tem.